IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW BECKETT | : | CIVIL ACTION |
| | : | |
| v. | : | No.  17-3864 |
| | : | |
| AETNA, INC., et al. | : | |

## **ORDER**

AND NOW, this 28th day of December, 2017, upon consideration of the parties' joint letter request, it is ORDERED the motion for preliminary approval is due on or before January 8, 2018.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.