# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew Beckett, Arizona Doe, California Doe, S.A., Colorado Doe, Connecticut Doe, DC Doe, Florida Doe, Georgia Doe, Illinois Doe, Indiana Doe, Kansas Doe, Maine Doe, Maryland Doe, Minnesota Doe, Mississippi Doe, Missouri Doe, Nevada Doe, NewHampshire Doe, NewJersey Doe, NewMexico Doe, NewYork Doe1, NewYork Doe2, NewYork Doe3, NewYork Doe4, NorthCarolina Doe, Ohio Doe, Oklahoma Doe, SouthCarolina Doe, Tennessee Doe, Texas Doe, Virginia Doe, Washington Doe, John Doe, Jane Doe2, John Doe1, and John Doe2, individually and on behalf of all others similarly situated, | Case No. 2:17-CV-3864-JS |
| Plaintiffs, | |
| v. | |
| Aetna, Inc., Aetna Life Insurance Company, and Aetna Specialty Pharmacy, LLC, | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

Plaintiffs, through their undersigned counsel, respectfully file this Motion for Preliminary Approval of Class Action Settlement, and move the Court for an order:

1. Finding the terms of the Parties' proposed Settlement Agreement fair, reasonable and adequate, and granting preliminary approval to the proposed Settlement so that notice of the Settlement can be provided to the Settlement Class;

2. Preliminarily certifying the following Settlement Class pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure for purposes of administering the proposed Settlement:

all persons whose Protected Health Information and/or Confidential HIV-related information was allegedly disclosed improperly by Aetna and/or Aetna-related or affiliated entities, or on their behalf, to third parties, including Gibson, Dunn & Crutcher, LLP ("GDC") and Kurtzman Carson Consultants LLC ("KCC"), and/or to whom any written notice was mailed as required by the settlement of *Doe v. Aetna, Inc.*, No. 14-cv-2986 (S.D. Cal.) and *Doe v. Coventry Health Care, Inc.*, No. 15-cv-62685 (S.D. Fla.).

3.     Preliminarily appointing Plaintiffs Andrew Beckett, Arizona Doe, California Doe, S.A., Colorado Doe, Connecticut Doe, DC Doe, Florida Doe, Georgia Doe, Illinois Doe, Indiana Doe, Kansas Doe, Maine Doe, Maryland Doe, Minnesota Doe, Mississippi Doe, Missouri Doe, Nevada Doe, NewHampshire Doe, NewJersey Doe, NewMexico Doe, NewYork Doe, NewYork Doe1, NewYork Doe2, NewYork Doe3, NorthCarolina Doe, Ohio Doe, Oklahoma Doe, SouthCarolina Doe, Tennessee Doe, Texas Doe, Virginia Doe, Washington Doe, John Doe, Jane Doe2, John Doe1, and John Doe2 as Class Representatives;

4.     Preliminarily appointing Shanon J. Carson, E. Michelle Drake, and Sarah R. Schalman-Bergen of Berger & Montague, P.C.; Ronda Goldfein of the AIDS Law Project of Pennsylvania; and Sally Friedman of the Legal Action Center as Co-Lead Class Counsel;

5.     Appointing Angeion Group, LLC as the Settlement Administrator to provide notice to the Settlement Class and administer the Settlement;

6.     Approving as to form and content the proposed Claim Form attached as Exhibit A to the Settlement Agreement, and the proposed Notice of Class Action Settlement attached as Exhibit C to the Settlement Agreement; and directing that notice of the proposed Settlement be provided to the Settlement Class in accordance with the terms and provisions of the Settlement Agreement; and

7.     Scheduling a Final Approval Hearing to consider whether to grant final approval of the proposed Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law; the proposed Settlement Agreement, which is attached as Exhibit 1; the Declarations of Shanon J. Carson, Ronda B. Goldfein, Sally Friedman, and Charles E. Ferrara of Angeion Group, LLC, in support of this Motion, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion. Defendants reserve their right to state their position and to be heard in this or any other litigation with regard to any facts or issues raised by this Motion and/or any responses thereto.

A proposed Order is submitted for the Court's consideration.

Dated: January 16, 2018                     Respectfully submitted,


                                            /s/Shanon J. Carson
                                            Shanon J. Carson (PA 85957)
                                            Sarah R. Schalman-Bergen (PA 206211)
                                            BERGER & MONTAGUE, P.C.
                                            1622 Locust Street
                                            Philadelphia, PA 19103
                                            scarson@bm.net
                                            sschalman-bergen@bm.net
                                            (215) 875-4656

                                            E. Michelle Drake*
                                            John Albanese*
                                            BERGER & MONTAGUE, P.C.
                                            43 SE Main Street
                                            Suite 505
                                            Minneapolis, MN 55414
                                            emdrake@bm.net
                                            jalbanese@bm.net
                                            (612) 594-5997

                                            Ronda B. Goldfein (PA 61452)
                                            Yolanda French Lollis (PA 65148)
                                            Adrian M. Lowe (PA 313614)
                                            AIDS LAW PROJECT OF PENNSYLVANIA
                                            1211 Chestnut Street, Suite 600
                                            Philadelphia, PA 19107
                                            goldfein@aidslawpa.org

alowe@aidslawpa.org
lollis@aidslawpa.org
(215) 587-9377

Sally Friedman*
Monica Welby*
Karla Lopez*
LEGAL ACTION CENTER
225 Varick Street
New York, NY 10014
sfriedman@lac.org
mwelby@lac.org
klopez@lac.org
(212) 243-1313

*Co-Lead Counsel for Plaintiffs and the Proposed
Settlement Class*

Torin A. Dorros*
DORROS LAW
8730 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211
310-997-2050
tdorros@dorroslaw.com

*Counsel for Plaintiff S.A.*

*\* Pro Hac Vice*

Laurence D. King (SBN 206423)
Linda M. Fong (SBN 124232)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
lfong@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com

*Counsel for Plaintiff John Doe*

Patricia M. Kipnis (PA #91470)

BAILEY & GLASSER LLP
923 Haddonfield Road Suite 300
Cherry Hill, NJ 08002
856-324-8219

Maureen M. Brady, KS bar No. 22460
MCSHANE & BRADY LLC
Lucy McShane,
1656 Washington, Suite 140
Kansas City, MO 64108
816-888-8010
fax: 816-332-6295
mbrady@mcshanebradylaw.com
lmcshane@mcshanebrady.com

Anne Schiavone KS bar No. 19669
4600 Madison, Ste. 810
Kansas City, MO 64112
816-283-8739
aschiavone@hslawllc.com

*Counsel for Plaintiff Kansas Doe*

Brian P. Murray (CT 25372)
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 10169
 (212) 682-5340
bmurray@glancylaw.com

Paul C. Whalen
LAW OFFICE OF PAUL C. WHALEN, P.C.
768 Plandome Road
Manhasset, NY 11030
 (516) 426-6870
paul@paulwhalen.com

Jasper D. Ward IV
JONES WARD PLC
312 S. Fourth Street
Louisville, KY 40202
(502) 882-6000
jasper@jonesward.com

John Yanchunis
MORGAN & MORGAN

COMPLEX LITIGATION GROUP
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
 (813) 275-5272
jyanchunis@forthepeople.com

Jean S. Martin
LAW OFFICE OF JEAN SUTTON MARTIN, PLLC
2018 Eastwood Road Suite 225
Wilmington, NC 28403
Telephone: (800) 678-6612
jean@jsmlawoffice.corn

*Counsel for Plaintiffs Jane Doe2 and John Doe1*

Abbas Kazerounian, Esq. (SBN: 249203)
Mona Amini, Esq. (SBN: 296829)
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ak@kazlg.com
mona@kazlg.com

Joshua B. Swigart, Esq. (SBN: 225557)
HYDE & SWIGART
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
josh@westcoastlitigation.com

THE SOLIMAN FIRM
Steven Soliman, Esq. (SBN: 285049)
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (714) 491-4111
Facsimile: (714) 491-4111
ssoliman@thesolimanfirm.com

*Counsel for Plaintiff John Doe2*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 16th day of January, 2018.


<u>s/ Shanon J. Carson</u>
Shanon J. Carson