IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW BECKETT, et al., | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-3864 |
| | : | |
| AETNA, INC., et al. | : | |

## ORDER

AND NOW, this 17th day January of 2018, upon consideration of Plaintiffs' Unopposed Motion for Leave to Exceed Page Limit as to Plaintiffs' Motion for Preliminary Approval of the Settlement Agreement, it is ORDERED the Motion (Document 49) is GRANTED. The Court accepts Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Document 50-2) as filed.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.