

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION |
| *INDIVIDUALLY AND ON BEHALF OF* | : | |
| *ALL OTHERS SIMILARLY SITUATED* | : | No. 18-547 |
| | : | |
| v. | : | |
| | : | |
| AETNA, INC., et al. | : | |

17-3864 (Fit)

FILED
MAR 14 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 14th day of March, 2018, upon consideration of Defendants Aetna Inc. and Aetna Life Insurance Company's Motion to Consolidate and to Stay, and Plaintiff having agreed consolidation is appropriate, it is ORDERED the Motion (Document 7) is GRANTED. This case shall be consolidated with *Beckett v. Aetna, Inc.*, No. 17-3864 (E.D. Pa. filed Aug. 29, 2017) for all purposes pursuant to Federal Rule of Civil Procedure 42(a), and all further proceedings in this action shall be stayed until the Court rules on the Motion for Preliminary Approval of Class Action Settlement currently pending in the *Beckett* action.

It is further ORDERED Plaintiff's request to file an opposition to the *Beckett* Motion for Preliminary Approval of Class Action Settlement is DENIED.

BY THE COURT:

ENT'D MAR 15 2018

/s/ Juan R. Sánchez
Juan R. Sánchez, J.