IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew Beckett, *et al.*, | CIVIL ACTION |
| Plaintiffs, | No. 2:17-CV-03864-JS |
| v. | |
| Aetna, Inc., *et al*, | |
| Defendants. | |

FILED
JUL 1 2 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, upon consideration of Plaintiffs' Unopposed Motion for Leave to Exceed Page Limit as to as to Plaintiffs' Motion for Approval of Attorneys' Fees, Expenses, and Class Representative Service Awards, it is hereby **ORDERED** that the Motion is **GRANTED**, and Plaintiffs may file a Memorandum of Law that does not exceed 35 pages.

Dated: July 12, 2018

BY THE COURT:

_____
JUAN R. SANCHEZ, J.