IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew Beckett, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Aetna, Inc., *et al.*, <br><br> Defendants. | No. 2:17-CV-03864-JS |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs, through their undersigned counsel, respectfully file this Motion for Final Approval of Class Action Settlement, and move the Court to enter the accompanying proposed Final Approval Order:

1. Finding the terms of the Parties' Settlement Agreement fair, reasonable and adequate, and granting final approval to the proposed Settlement;

2. Granting final certification of the Settlement Class pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure;

3. Appointing Plaintiffs Andrew Beckett, Arizona Doe, California Doe, S.A., Colorado Doe, Connecticut Doe, DC Doe, Florida Doe, Georgia Doe, Illinois Doe, Indiana Doe, Kansas Doe, Maine Doe, Maryland Doe, Minnesota Doe, Mississippi Doe, Missouri Doe, Nevada Doe, NewHampshire Doe, NewJersey Doe, NewMexico Doe, NewYork Doe, NewYork Doe1, NewYork Doe2, NewYork Doe3, NorthCarolina Doe, Ohio Doe, Oklahoma Doe, SouthCarolina Doe, Tennessee Doe, Texas Doe, Virginia Doe, Washington Doe, John Doe, Jane Doe2, John Doe1, and John Doe2 as the Settlement Class Representatives;

4. Appointing Shanon J. Carson, E. Michelle Drake, and Sarah R. Schalman-Bergen of Berger Montague PC; Ronda Goldfein of the AIDS Law Project of Pennsylvania; and Sally Friedman of the Legal Action Center as Co-Lead Class Counsel;

5. Approving the settlement administration expenses of Angeion Group, LLC in an amount not to exceed $180,000;

6. Granting Plaintiffs' Motion for Attorneys' Fees, Costs, and Class Representative Service Awards ("Motion for Attorneys' Fees") (ECF No. 66); and

7. Entering the Final Approval Order and dismissing this case.

This Motion is based on the accompanying Memorandum of Law; the accompanying Declaration of Eamon J. Willard on behalf of Angeion Group, the Declarations of Co-Lead Class Counsel previously filed with the Court in connection with Plaintiffs' Motion for Preliminary Approval and Motion for Attorneys' Fees, and all other records, pleadings and papers on file in this Action. Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion. Defendants reserve their right to state their position and to be heard in this or any other litigation with regard to any facts or issues raised by this Motion and/or any responses thereto.

A proposed Final Approval Order agreed upon by the Parties is submitted for the Court's consideration.

Dated: October 1, 2018                                        Respectfully submitted,

/s/Shanon J. Carson
Shanon J. Carson (PA 85957)
Sarah R. Schalman-Bergen (PA 206211)
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
scarson@bm.net
sschalman-bergen@bm.net

(215) 875-4656

E. Michelle Drake
John Albanese
BERGER MONTAGUE PC
43 SE Main Street
Suite 505
Minneapolis, MN 55414
emdrake@bm.net
jalbanese@bm.net
(612) 594-5997

Ronda B. Goldfein (PA 61452)
Yolanda French Lollis (PA 65148)
Adrian M. Lowe (PA 313614)
AIDS LAW PROJECT OF PENNSYLVANIA
1211 Chestnut Street, Suite 600
Philadelphia, PA 19107
goldfein@aidslawpa.org
alowe@aidslawpa.org
lollis@aidslawpa.org
(215) 587-9377

Sally Friedman
Monica Welby
LEGAL ACTION CENTER
225 Varick Street
New York, NY 10014
sfriedman@lac.org
mwelby@lac.org
klopez@lac.org
(212) 243-1313

*Co-Lead Class Counsel*

Torin A. Dorros
DORROS LAW
8730 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211
310-997-2050
tdorros@dorroslaw.com

*Counsel for Plaintiff S.A.*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 1st day of October, 2018.

s/ Shanon J. Carson
Shanon J. Carson
