# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew Beckett, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> Aetna, Inc., *et al*, <br><br> Defendants | No. 2:17-CV-03864-JS |

**FILED**
NOV 27 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## STIPULATION REGARDING CLASS LIST

Plaintiffs and Defendants Aetna, Inc., Aetna Life Insurance Company, and Aetna Specialty Pharmacy, LLC ("Aetna") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on January 16, 2018, all parties to the above-captioned action entered into a Settlement Agreement requiring, among other things, that a settlement administrator review and process forms and claim packages from Settlement Class Members and then mail settlement payments to Settlement Class Members not later than forty-five (45) days after the Effective Date of the Settlement (ECF No. 50-3 ("Settlement Agreement") §§ 4.3, 4.5);

WHEREAS, on May 10, 2018, the Court granted Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Qualified Protective Order (ECF No. 59 ("Preliminary Approval Order"));

WHEREAS, in connection with preliminary approval of the class action settlement in this case, the Court ordered Aetna to produce data regarding the Settlement Class Members (the "Class List") to the Settlement Administrator, Angeion Group, LLC (Preliminary Approval Order ¶ 10), which data included names and addresses of Settlement Class Members but not

social security numbers;

WHEREAS, on or about May 16, 2018, Aetna produced the Class List to Angeion in a secure manner pursuant to the Preliminary Approval Order and the Protective Order that has been entered in this case;

WHEREAS, on October 16, 2018, the Court granted final approval of the Parties' Settlement, and retained jurisdiction over all matters related to the Settlement (ECF No. 72 ¶ 21),

WHEREAS, the Settlement Administrator has been processing Claim Forms and is preparing to distribute the settlement funds to the Settlement Class Members, but has informed the Parties that to comply with IRS regulations, the Settlement Administrator requires social security numbers of Settlement Class Members;

WHEREAS, if approved and ordered by the Court, Aetna has agreed to provide that information to the extent it is in Aetna's possession to the Settlement Administrator pursuant to this Stipulation and Proposed Order and the Protective Order that has been entered in this case for the sole purpose of administering the Settlement; and

WHEREAS, Plaintiffs and Plaintiffs' counsel represent that there is good cause and a compelling need for the production of this information by Aetna on a confidential basis to the Settlement Administrator, and that there is not an alternative for administering the Settlement that would involve not producing this information.

NOW, THEREFORE, the Parties agree that Aetna shall provide social security numbers that it has in its possession for Settlement Class Members to the Settlement Administrator pursuant to the Protective Order that has been entered in this case, after an Order is entered by the Court requiring Aetna to do so. A proposed Order is being submitted to the Court.

Dated: November 20, 2018

                                           BERGER MONTAGUE PC

                                           /s/ *Shanon J. Carson*
                                           Shanon J. Carson (PA 85957)
                                           Sarah R. Schalman-Bergen (PA 206211)
                                           1818 Market Street
                                           Suite 3600
                                           Philadelphia, PA 19103
                                           scarson@bm.net
                                           sschalman-bergen@bm.net
                                           (215) 875-4656

                                           E. Michelle Drake*
                                           John Albanese*
                                           43 SE Main Street
                                           Suite 505
                                           Minneapolis, MN 55414
                                           emdrake@bm.net
                                           jalbanese@bm.net
                                           (612) 594-5997

                                           Ronda B. Goldfein (PA 61452)
                                           Yolanda French Lollis (PA 65148)
                                           Adrian M. Lowe (PA 313614)
                                           AIDS Law Project of Pennsylvania
                                           1211 Chestnut Street, Suite 600
                                           Philadelphia, PA 19107
                                           goldfein@aidslawpa.org
                                           alowe@aidslawpa.org
                                           lollis@aidslawpa.org
                                           (215) 587-9377

                                           Sally Friedman*
                                           Monica Welby*
                                           Legal Action Center
                                           225 Varick Street, Suite 402
                                           New York, NY 10014
                                           sfriedman@lac.org
                                           mwelby@lac.org
                                           (212) 243-1313

                                           *Co-Lead Class Counsel*
                                           **pro hac vice*


Dated: November 20, 2018

                                       /s/ *signature*
Frederick P. Santarelli
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive
Suite 300
Blue Bell, PA 19422
fpsantarelli@elliottgreenleaf.com
(215) 977-1024

Matthew Kanny (*pro hac vice*)
Donna L. Wilson (*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
mkanny@manatt.com
dlwilson@manatt.com
(310) 312-4225

*Attorneys for Aetna, Inc., Aetna Specialty Pharmacy, LLC, and Aetna Life Insurance Company*

321143240.1


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew Beckett, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> Aetna, Inc., *et al.*, <br><br> Defendants. | No. 2:17-CV-03864-JS |

### ORDER

AND NOW, upon consideration of the Parties' Stipulation Regarding Class List, the Court finds that there is good cause and a compelling need for the disclosure of Settlement Class Members' social security numbers by Aetna on a confidential basis to the Settlement Administrator for the sole purpose of administering the Settlement. The Court further finds that there is not an alternative for administering the Settlement that would involve not producing this information to the Settlement Administrator. IT IS HEREBY ORDERED that Defendants shall provide the Settlement Administrator, on a confidential basis and pursuant to and in accordance with this Order and the Protective Order that has been entered in this case, with the social security numbers for Settlement Class Members that Defendants have in their possession. The Settlement Administrator shall maintain this information in accordance with, and shall otherwise comply with the terms of, the Protective Order that has been entered in this case and all applicable federal and state privacy laws. Following the distribution of the settlement funds, the Settlement Administrator shall destroy this data in accordance with Paragraph 20 of the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement. (ECF No. 72.)

Dated: November 26, 2018

BY THE COURT:

_____
JUAN R. SÁNCHEZ, J.

321137329.1